IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
DEC 07 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr101DPJ-FKB

JUSTIN T. TURNER  18 U.S.C. § 922(g)(1)
26 U.S.C. § 5861(d)

**The Grand Jury charges:**

That on or about August 31, 2016, in Copiah County in the Northern Division of the Southern District of Mississippi, the defendant, **JUSTIN T. TURNER**, knowingly received and possessed a firearm to wit: Crescent Firearms, serial number 16475XC, 12-gauge caliber short barrel shotgun, with said barrel measuring less than 18 inches and not registered to him in the National Firearms Registration and Transfer Record, in violation of Sections 5841, 5861(d), and 5871, Title 26, United States Code.

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this Indictment:

1. One (1) Crescent Firearms Co. brand, 12-gauge caliber shotgun, serial number 16475XC

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without

difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

A TRUE BILL:

GREGORY DAVIS
United States Attorney

S/SIGNATURE REDACTED
Foreperson of the Grand Jury

---

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 7th day of December, 2016.

UNITED STATES MAGISTRATE JUDGE

2